Wilfred P. Coronato (WC-6200)
HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Phone: (201) 536-9220
Fax: (201) 536-0799
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GMACH SHEFA CHAIM,<br><br>                         Plaintiff,<br><br>-v-<br><br>UNITED STATES OF AMERICA<br><br>                         Defendant. | Docket No.   09-cv-____<br><br>**NOTICE OF MOTION**<br><br>**(Document Filed Electronically)** |

      PLEASE TAKE NOTICE that, Plaintiff, Gmach Shefa Chaim, through its attorneys, Hughes Hubbard & Reed LLP, will move the Court at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey, on November 16, 2009, for the entry of an Order directing the return of certain seized property to Plaintiff, pursuant to 18 U.S.C. § 983 and/or Federal Rule of Criminal Procedure 41(g).

      PLEASE TAKE FURTHER NOTICE that Plaintiff will rely upon Plaintiff's Brief In Support Of Its Motion For The Return Of Property Pursuant To 18. U.S.C. § 983 And/Or Federal Rule Of Criminal Procedure 41(g) and Declaration of Wilfred P. Coronato, dated October 23, 2009, annexing Affidavit of Madeleine Selwyn dated October 23, 2009 in support of its motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated:   October 23, 2009

                                              HUGHES HUBBARD & REED LLP

                                              By:     s/Wilfred P. Coronato
                                                      Wilfred P. Coronato

60811834.1