# EXHIBIT  A

**V Valley National Bank**

**REDACTED**

New Account Information verified (initials)

Location of Business if different from Mailing Address
143-35 M Street UCNJ 07087

Business Phone# 201-206-4638
Household No. _____  Email _____

#1 Principal Home Address   SS#   Home Phone#
City   State   Zip   Mother's Maiden Name

#1 Form of ID  ☐Copy  #   Chex Systems:
   Form of ID  ☐Copy  #   Chex Systems:

#2 Principal Home Address   SS#   Home Phone#
City   State   Zip   Mother's Maiden Name

#2 Form of ID  ☐Copy  #
   Form of ID  ☐Copy  #   Chex Systems:

#3 Principal Home Address   SS#   Home Phone#
City   State   Zip   Mother's Maiden Name

#3 Form of ID  ☐Copy  #
   Form of ID  ☐Copy  #   Chex Systems:

#4 Principal Home Address   SS#   Home Phone#
City   State   Zip   Mother's Maiden Name

#4 Form of ID  ☐Copy  #
   Form of ID  ☐Copy  #   Chex Systems:

Business Name & Mailing Address
GMACH SHEFA CHAIM
P.O. BOX 5028
Weehawken, NJ 07086

Business Account# 9097
Taxpayer ID#
Signatures Required  ① 2  3  4
☐ Special Instructions (see back)

Affix Facsimile Signature (stamp)

Under penalty of perjury, I (we) certify (1) that the number shown on this card is my (our) correct taxpayer identification number and (2) that I (we) are not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me (us) that I (we) are no longer subject to backup withholding. (Instruction to signer: If you have been notified by the IRS that you are subject to backup withholding due to notified payee underreporting and you have not been notified that the backup withholding is terminated you should strike out the language in clause 2 above.)

Authorized Signatures
#1 (X) _____
#3 (X) _____
#4

#5
#6 (Con't)

Corresponding Name/Title
#1 Moshe Schwartz - President
#2 Aaron Askal - Vice President
#3
#4

#5
#6 (Con't)

#5 Principal Home Address   SS#   Home Phone#
City   State   Zip   Mother's Maiden Name

#5 Form of ID  ☐Copy  #
   Form of ID  ☐Copy  #   Chex Systems:

#6 Principal Home Address   SS#   Home Phone#
City   State   Zip   Mother's Maiden Name

#6 Form of ID  ☐Copy  #
   Form of ID  ☐Copy  #   Chex Systems:

Date Opened   Initial Deposit   Teller# 9415   Branch# 131   Date Closed

Product Type: Checking ✓  Savings ___  CD ___  Other ___
(specify)
Money Market

Special Instructions

Reviewed By: _____

BAO04-11/02

Page 1 of 1