Wilfred P. Coronato (WC-6200)
HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3910
Phone: (201) 536-9220
Fax: (201) 536-0799
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GMACH SHEFA CHAIM,<br><br>                    Plaintiff,<br><br>            -v-<br><br>UNITED STATES OF AMERICA<br><br>                    Defendant. | Docket No.   09-cv-____<br><br>**ORDER** |

THIS MATTER having been brought before the Court on the motion of Plaintiff for an Order returning seized funds pursuant to 18 U.S.C. § 983 and/or Federal Rule of Criminal Procedure 41(g); and the Court having considered the submissions of the parties in support of and in opposition to the motion, and having heard the arguments of counsel; and for good cause having been shown:

IT IS ON THIS _____ day of _____, 2009,

ORDERED that Plaintiff's Motion for Return of Property pursuant to 18 U.S.C. § 983 and/or Federal Rule of Criminal Procedure 41(g) is hereby granted; and

FURTHER ORDERED that the funds seized from Account Number 54169097 at Valley National Bank, 4405-09 Bergenline Avenue, Union City, New Jersey be returned to Plaintiff within 2 business days of the date of this Order.

_____
U.S.D.J.